UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Date of Arrest: September 8, 2017

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Magistrate's Case No. 17-1694MJ |
| Plaintiff, | ) |
| | ) COMPLAINT FOR VIOLATION OF |
| Vs. | ) 21 U.S.C. §§ 952, 960 and 963 |
| | ) Importation of a Controlled |
| Gerardo REYES-Reyes, | ) Substance |
| | ) Count One |
| Defendant. | ) |
| | ) 21 U.S.C. § 841, Possession of a |
| | ) Controlled Substance with Intent |
| YOB: 1997 | ) to Distribute |
| United States Citizen | ) Count Two |
| | ) |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about September 7, 2017, at or near San Luis, Arizona, within the District of Arizona, the defendant, Gerardo REYES-Reyes, did knowingly and intentionally import 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, into the United States from the Republic of Mexico, in violation of Title 21, United States Code, Sections 952, 960(a)(1) and (b)(1)(H).

## COUNT TWO

On or about September 7, 2017, at or near San Luis, Arizona, within the District of Arizona, the defendant, Gerardo REYES-Reyes, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA Louie Uhl

Ernesto Gomez
Task Force Officer
Homeland Security Investigations

Sworn ~~to before me and subscribed in my~~ presence, September 8, 2017 at Yuma, Arizona. [telephonically]

Michelle H. Burns
United States Magistrate Judge

UNITED STATES OF AMERICA
vs.
Gerardo REYES-Reyes

**STATEMENT OF FACTS**

I, Ernesto Gomez, being duly sworn do state the following:

On September 7th, 2017, at approximately 2150 hours, Gerardo REYES-Reyes applied for entry into the United States via the primary vehicle lanes at the San Luis Port of Entry, San Luis, Arizona. REYES-Reyes was the driver and sole occupant of a silver, 2014 Nissan Versa bearing Arizona license plate CBK6493. REYES-Reyes, a United States citizen, provided the primary inspection Customs and Border Protection Officer (CBPO) a negative customs declaration, declaring no narcotics or other contraband. The primary inspection officer referred REYES-Reyes and his vehicle to the Port's vehicle secondary inspection lot for further inspection.

Upon inspection of REYES-Reyes's vehicle, officers discovered seventeen (17) packages concealed within an altered factory void in the floor of the vehicle. The contents of one randomly-selected package were field-tested, yielding the presence and characteristics of methamphetamine. The aggregate weight of all packages was 13.8 kilograms (30.4 lbs).

During a Post-*Miranda* interview with HSI Agents, REYES-Reyes stated that he was aware that he was working for a Drug Trafficking Organization (DTO). REYES-Reyes also stated that he had used his vehicle to smuggle narcotics into the United States from the Republic of Mexico on 8/31/17. REYES-Reyes stated that he was to be paid $2,500 to smuggle narcotics into the United States. REYES-Reyes stated that he is aware that smuggling narcotics into the United States is illegal.

Based on the foregoing, there is probable cause to believe that REYES-Reyes committed the offenses as alleged in the Complaint.

Ernesto Gomez
Task Force Officer
Homeland Security Investigations

Sworn to before me and subscribed ~~in my presence~~ telephonically, September 8, 2017, at Yuma, Arizona.

Michelle H. Burns
United States Magistrate Judge